FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAKELLE MARIE HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY, a municipality; and SPOKANE COUNTY EMPLOYEES L. BENNET, T. KAMSTRA, S. HAVEL, AND D. SULLINS,<br><br>    Defendants. | No. 2:17-CV-00308-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs, ECF No. 24. The motion was heard without oral argument. The parties indicate they have settled the above-captioned case and ask that the case be dismissed with prejudice and without costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs, ECF No. 24, is **GRANTED**.
2. The above-captioned case is **dismissed** with prejudice, and without costs to any party.

//

//

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 1**

3.  The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and close the file.

**DATED** this 4th day of June 2020.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 2**